U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTHONY CLARK<br><br>    Plaintiff,<br><br>v<br><br>WOLVERINE HUMAN SERVICES;<br>WOLVERINE HUMAN SERVICES, INC.;<br>SAGINAW INTERMEDIATE SCHOOL<br>DISTRICT; SAGINAW INTERMEDIATE<br>SCHOOL DISTRICT BOARD OF<br>EDUCATION; and JOHN/JANE DOES<br>1-10, in their official, professional, personal,<br>and individual capacities, jointly and<br>severally,<br><br>    Defendants. | Case No.: 2:25-cv-11580<br>HON. THOMAS L. LUDINGTON |

| | |
|---|---|
| ELIZABETH K. ABDNOUR (P78203)<br>Attorney for Plaintiff<br>325 e. Grand River Ave., Ste. 250<br>East Lansing, MI  48823<br>(517) 994-1776<br>liz@education-rights.com | DAVID WESLEY CORNISH, ESQ.<br>Attorney for Plaintiff<br>230 South Broad St., 17th Floor<br>Philadelphia, PA  19102<br>(888) 313-1385<br>dwesley24@gmail.com<br>*Admission application to be filed |

GREGORY W. MAIR (P67465)
KAILEN C. PIPER (P82865)
Attorneys for Defendants Saginaw ISD &
Saginaw ISD Board of Education
300 St. Andrews Road, Suite 302
Saginaw, MI  48638
(989) 790-0960
gmair@owdpc.com
kpiper@owdpc.com
dmcclure@owdpc.com

**APPEARANCE**

PLEASE TAKE NOTICE that I have caused my Appearance to be entered on behalf of Defendants, SAGINAW INTERMEDIATE SCHOOL DISTRICT and SAGINAW INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION, named in the above-entitled cause of action.

                                      Respectfully Submitted,

Dated: June 5, 2025                 /s/Gregory W. Mair
                                      GREGORY W. MAIR (P67465)
                                      Attorney for Defs. Saginaw ISD &
                                      Saginaw ISD Board of Education
                                      300 St. Andrews Road, Suite 302
                                      Saginaw, Michigan  48638
                                      gmair@owdpc.com