UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTHONY CLARK,<br><br>    Plaintiff,<br><br>v<br><br>WOLVERINE HUMAN SERVICES;<br>WOLVERINE HUMAN SERVICES, INC;<br>SAGINAW INTERMEDIATE SCHOOL DISTRICT;<br>SAGINAW INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION; and<br>JOHN/JANE DOES 1-10, in their official, professional, personal, and individual capacities, jointly and severally,<br><br>    Defendants. | CASE NO.: 1:25-cv-11580-TLL-PTM<br>HON. District Judge Thomas L. Ludington<br>Magistrate Judge: Patricia T. Morris<br><br>**APPEARANCE** |

10594752.1

ELIZABETH K. ABDNOUR (P78203)
Abdnour Weiker, LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
Phone: (517) 994-1776
Email: liz@education-rights.com
*Attorney for Plaintiff*

DAVID WESLEY CORNISH, *
Cornerstone Legal Group, LLC
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
Phone: 888-313-1385
Email: dwesley24@gmail.com
*Admission application to be filed
*Attorney for Plaintiff*

MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
Zausmer, P.C.
32255 Northwestern Hwy., Suite 225
Farmington Hills, MI 48334
(248) 851-4111 Fax: (248) 851-0100
Email: mzausmer@zausmer.com
Email: cgetto@zausmer.com
*Attorneys for Defendants Wolverine*

GREGORY W. MAIR (P67465)
KAILEN C. PIPER (P82865)
O'Neill, Wallace and Doyle
300 St. Andrews Road, Suite 302
Saginaw, MI 48638-5977
989-790-0960
Fax: 989-790-6902
Email: gmair@owdpc.com
Email: kpiper@owdpc.com
*Attorneys for Defendants Saginaw*

---

## APPEARANCE

TO:  U.S. DISTRICT COURT
     PARTIES OF RECORD

Please enter the appearance of MARK J. ZAUSMER, of Zausmer, P.C., as counsel on behalf of Defendants, WOLVERINE HUMAN SERVICES, and WOLVERINE HUMAN SERVICES, INC., in the above-referenced matter.

2

10594752.1

                        Respectfully submitted:

                        ZAUSMER, P.C.

                        /s/ Mark J. Zausmer
                        MARK J. ZAUSMER (P31721)
                        Attorneys for Defendants Wolverine
                        32255 Northwestern Hwy., Suite 225
                        Farmington Hills, MI 48334
                        (248) 851-4111 / Fax: (248) 851-0111
                        cgetto@zausmer.com

Dated: July 7, 2025

10594752.1