| | | |
|---|---|---|
| **Anthony Clark, Plaintiff,** | : | **United States District Court** |
| vs. | : | **Eastern District of Michigan** |
| **Wolverine Human Services,** *et al.*, | : | **Civil Division** |
| **Defendants.** | : | **Case No.: 25-cv-11580** |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter the appearance of David Wesley Cornish Esquire, and Cornerstone Legal Group, LLC as co-counsel, for the Plaintiff, for the above-captioned matter.

Respectfully Submitted,

*/s/ David Wesley Cornish*

David Wesley Cornish, Esquire
Attorney Identification # 310865
Cornerstone Legal Group, LLC
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
Phone: 215-990-8686
Fax: 212-535-7365
cornerstonelegalgroup@gmail.com
Date: July 23, 2025