UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Anthony Clark
_____,

                    Plaintiff(s),

v.

Wolverine Human Servicers, et al
_____,

                    Defendant(s).
_____/

Case No. 1:25-cv-11580-TLL-PTM

HONORABLE Thomas L. Ludington

# STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:

Wolverine Human Services, Wolverine Human Services, Inc. _____ (party name),

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: _____ makes the following disclosure:[1]

## PART I – CITIZENSHIP

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☒ This party is a corporation incorporated in the State of ___MICHIGAN___ and with a principal place of business in the State of ___MICHIGAN___.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

> If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

☐ This party is a trust.

> If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☒ None of the entries below applies to this party.
☐ This party has one or more parent entities.
   If so, identify all parent entities.

_____

_____

_____

☐ This party has one or more subsidiaries.
    If so, identify all subsidiaries.

_____

_____

_____

☐ This party has one or more affiliates.
    If so, identify all affiliates.

_____

_____

_____

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
    If so, identify all such owners.

_____

_____

_____

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
    If so, identify each such entity's financial interest in the litigation.

_____

_____

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: /s/ Cameron R. Getto
Printed Name: Cameron R. Getto
Bar Number: P57300
Firm Name: Zausmer, P.C.
Address: 32255 Northwestern Hwy., Suite 225
City, State, Zip Code: Farmington Hills, MI 48334
Phone/Fax: (248) 851-4111 Fax: (248) 851-0100
Email Address: cgetto@zausmer.com

Date: 07/28/2025