## U.S. DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTHONY CLARK | )Case No.: 2:25-cv-11580<br>)HON. THOMAS L. LUDINGTON<br>) |
|     Plaintiff, | )<br>) |
| v | )<br>) |
| WOLVERINE HUMAN SERVICES;<br>WOLVERINE HUMAN SERVICES, INC.;<br>SAGINAW INTERMEDIATE SCHOOL<br>DISTRICT; SAGINAW INTERMEDIATE<br>SCHOOL DISTRICT BOARD OF<br>EDUCATION; and JOHN/JANE DOES<br>1-10, in their official, professional, personal,<br>and individual capacities, jointly and<br>severally, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|     Defendants. | )<br>) |

ELIZABETH K. ABDNOUR (P78203)
Attorney for Plaintiff
325 e. Grand River Ave., Ste. 250
East Lansing, MI  48823
(517) 994-1776
liz@education-rights.com

DAVID WESLEY CORNISH, ESQ.
Attorney for Plaintiff
230 South Broad St., 17th Floor
Philadelphia, PA  19102
(888) 313-1385
dwesley24@gmail.com
*Admission application to be filed

GREGORY W. MAIR (P67465)
KAILEN C. PIPER (P82865)
Attorneys for Defendants Saginaw ISD &
Saginaw ISD Board of Education
300 St. Andrews Road, Suite 302
Saginaw, MI  48638
(989) 790-0960
gmair@owdpc.com
kpiper@owdpc.com
dmcclure@owdpc.com

MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
Attorneys for Wolverine Human
Services & Wolverine Human
Services, Inc.
32255 Northwestern Hwy., Ste. 225
Farmington Hills, MI  48334
(248) 851-4111
mzausmer@zausmer.com
cgeetto@zausmer.com

<u>**INDEX OF EXHIBITS FOR DEFENDANTS SAGINAW INTERMEDIATE
SCHOOL DISTRICT AND SAGINAW INTERMEDIATE SCHOOL
DISTRICT BOARD OF EDUCATION'S MOTION TO DISMISS
PURSUANT TO FED R. CIV. P. 12(b)(6)**</u>

Exhibit 1…………………………….…………Case Law-Xu v. Michigan State University

Exhibit 2……………………………Case Law-Forrester v. Clarenceville School District

Exhibit 3..…Case Law-Smith v. Bronson Lefestyle Improvement & Research Center Co.

Exhibit 4….Case Law-In re Doe v. University of Detroit Jesuit High School & Academy

Exhibit 5………………………………………….………………………………MDOC