## BIOGRAPHICAL INFORMATION



**MDOC Number:** 718277

**SID Number:** 4985856M

**Name:** ANTHONY CLARK

**Racial Identification:** Hispanic

**Gender:** Male

**Hair:** Brown

**Eyes:** Hazel

**Height:** 5' 10"

**Weight:** 160 lbs.

**Date of Birth:** 06/01/2004 (21)

ANTHONY CLARK

Image Date: 7/12/2024

## MDOC STATUS

Current Status:

Earliest Release Date:

Assigned Location: Ingham/Lansing/Probation

Maximum Discharge Date:

Security Level:

## ALIASES

ANTHONY MICHAEL CLARK

## MARKS, SCARS & TATTOOS

Tattoo- Front Neck - "Northside" (GD)

Tattoo- Left Arm

Tattoo- Left Arm - Clouds, Tombstones, "Ghetto Angels", 2732, Thousand Block, Money Bag, Abandoned

Tattoo- Right Face

Tattoo- Right Face - Crown

Tattoo- Upper Chest - 6 point star (GD)

# PRISON SENTENCES

## ACTIVE

None

## INACTIVE

None

# PROBATION SENTENCES

## ACTIVE

None

## INACTIVE

### Sentence 1

Offense:
    Home Invasion - 2nd Degree

MCL#:
    750.110A3

Court File#:
    22-7-FJ

County:
    Ingham

Conviction Type:
    Plea

Minimum Sentence:

Maximum Sentence:
    3 years 0 months

Date of Offense:
    07/30/2021

Date of Sentence:
    08/31/2022

Discharge Date:
    11/14/2023

Discharge Reason:
    Offender Discharge

# SUPERVISION CONDITIONS

None