UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTHONY CLARK, | Case No. 2:25-cv-11580 |
| Plaintiff, | |
| v. | |
| | Hon. Thomas L. Ludington |
| WOLVERINE HUMAN SERVICES, et al., | |
| Defendants. | |

**STIPULATION AND ORDER DISMISSING WITHOUT PREJUDICE COUNT 10 IN PLAINTIFF'S COMPLAINT FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants Wolverine Human Services and Wolverine Human Services, Inc., that Plaintiff Clark, voluntarily withdraws and dismisses without prejudice Count 10 in his Complaint for Negligent Infliction of Emotional pursuant to Michigan state law.

No Party will be prejudiced by granting this request and Defendants extending the deadlines in this matter and Defendants Wolverine Human Services and Wolverine Human Services, Inc., consent the proposed action.

1

**IT IS SO STIPULATED** on July 23, 2025.

| | |
|---|---|
| *s/* David Wesley Cornish | *s/ Cameron Getto with permission* |
| David Wesley Cornish, Esq. (#310865) | Cameron Getto, Esq. |
| Cornerstone Legal Group, LLC | Zausmer, P.C. |
| 230 South Broad Street, 17th Floor | 32255 Northwestern Highway, Ste 225 |
| Philadelphia, PA 19102 | Farmington Hills, Michigan 48334 |
| Phone: 215-990-8686 | Phone: (248) 851-4111 |
| Email: dwesley24@gmail.com | Email: CGetto@zausmer.com |
| *Attorney for Plaintiff* | *Attorney for Defendants Wolverine Human Services and Wolverine Human Services, Inc.* |

**IT IS SO ORDERED.**

Dated: July 30, 2025

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge