UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTHONY CLARK, | Case No. 1:25-cv-11580 |
| Plaintiff, | |
| v. | |
| | Hon. Thomas L. Ludington |
| WOLVERINE HUMAN SERVICES, et al., | |
| Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS SAGINAW INTERMEDIATE SCHOOL DISTRICT AND SAGINAW INTERMEDIATE SCHOOL DISTRICT BOARD OF EDUCATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants Saginaw Intermediate School District Saginaw Intermediate School District Board of Education that the deadline for the Plaintiff to file a response to Defendants Saginaw Intermediate School District Saginaw Intermediate School District Board of Education's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 13) is extended from August 15, 2025, to Wednesday, September 10, 2025.

Plaintiff respectfully requests this additional time for the following reasons. Attorney Cornish's twin daughters passed away within the last month and he is

recently returning to work after an extended bereavement leave. Attorney Cornish is lead counsel in this matter. Attorney Abdnour agreed to serve as local counsel to assist Attorney Cornish in filing the Complaint before the statute of limitations ran while he awaited approval of his application for admission to this Court, but Attorney Abdnour has no specific knowledge of the case.

No Party will be prejudiced by extending the deadlines in this matter and Defendants Saginaw Intermediate School District Saginaw Intermediate School District Board of Education consent the proposed extension.

**IT IS SO STIPULATED** on August 13, 2025.

| | |
|---|---|
| *s/ David Wesley Cornish* | *s/ Kailen C. Piper with permission* |
| David Wesley Cornish | Gregory W. Mair (P67465) |
| Cornerstone Legal Group, LLC | Kailen C. Piper (P82865) |
| 230 South Broad Street, 17th Floor | O'Neill Wallace & Doyle PC |
| Philadelphia, PA 19102 | 300 St. Andrews Rd., Ste. 302 |
| Phone: (215) 990-8686 | Saginaw, MI 48638 |
| Email: dwesley24@gmail.com | Phone: (989) 790-0960 |
| | Email: gmair@owdpc.com |
| *Attorney for Plaintiff* | Email: kpiper@owdpc.com |
| | |
| | *Attorneys for Defendants Saginaw Intermediate School District Saginaw Intermediate School District Board of Education* |

- 3 -

**IT IS SO ORDERED.**

Dated: August 20, 2025                                                   <u>s/Thomas L. Ludington</u>
                                                                                              THOMAS L. LUDINGTON
                                                                                             United States District Judge