# Exhibit 1

**MDOC Department of Corrections** | MICHIGAN.GOV Michigan's Official Web Site

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

## BIOGRAPHICAL INFORMATION



MDOC Number: 718277

SID Number: 4985856M

Name: **ANTHONY CLARK**

Racial Identification: **Hispanic**

Gender: **Male**

Hair: **Brown**

Eyes: **Hazel**

Height: **5' 10"**

Weight: **160 lbs.**

Date of Birth: **06/01/2004 (21)**

ANTHONY CLARK
Image Date: 7/12/2024

## MDOC STATUS

Current Status:

Earliest Release Date:

Assigned Location: Ingham/Lansing/Probation

Maximum Discharge Date:

Security Level:

## ALIASES

ANTHONY MICHAEL CLARK

## MARKS, SCARS & TATTOOS

Tattoo- Front Neck - "Northside" (GD)

Tattoo- Left Arm

Tattoo- Left Arm - Clouds, Tombstones, "Ghetto Angels", 2732, Thousand Block, Money Bag, Abandoned

Tattoo- Right Face

Tattoo- Right Face - Crown

Tattoo- Upper Chest - 6 point star (GD)

# PRISON SENTENCES

### ACTIVE

None

### INACTIVE

None

# PROBATION SENTENCES

### ACTIVE

None

### INACTIVE

#### Sentence 1

Offense:
Home Invasion - 2nd Degree

Minimum Sentence:

MCL#:
750.110A3

Maximum Sentence:
3 years 0 months

Court File#:
22-7-FJ

Date of Offense:
07/30/2021

County:
Ingham

Date of Sentence:
08/31/2022

Conviction Type:
Plea

Discharge Date:
11/14/2023

Discharge Reason:
Offender Discharge

# SUPERVISION CONDITIONS

None