UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY CLARK,

       Plaintiff,

v.

WOLVERINE HUMAN
SERVICES, et al.,

       Defendants.
_____/

Case No. 1:25-cv-11580

Honorable Thomas L. Ludington
United States District Judge

**ORDER GRANTING MOTION TO WITHDRAW COUNSEL**

After considering Attorney Elizabeth K Abdour's Motion to Withdraw as Plaintiff's Counsel and Waive the Local Counsel Requirement for Attorney Wesley Cornish, ECF No. 17, Local Rule 83.20(f)(1)'s local counsel requirements, and otherwise being fully advised in the premises:

It is **ORDERED** that Attorney Elizabeth K Abdour's Motion to Withdraw as Plaintiff's Counsel and Waive the Local Counsel Requirement for Attorney Wesley Cornish, ECF No. 17, is **GRANTED**.

Further, it is **ORDERED** that Attorney Elizabeth K Abdour is **WITHDRAWN** as counsel.

Further, it is **ORDERED** that Local Rule 83.20(f)(1)'s local counsel requirement is **WAIVED** for Attorney Wesley Cornish for this case.

**This is not a final order and does not close this case.**

Dated: September 30, 2025

                                                   s/Thomas L. Ludington
                                                 THOMAS L. LUDINGTON
                                                 United States District Judge